UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HUDSON,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:25-cv-00407-ART-CLB<br><br>ORDER |

*Pro se* Petitioner George Hudson has filed a Petition for Writ of Habeas Corpus. (ECF No. 1-1 ("Petition").) Hudson has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Further, Hudson did not file his Petition on the appropriate form or in substantial compliance with the form but, instead, hand-wrote a petition on blank paper. Hudson's hand-written petition fails to disclose the required information.

It is therefore ordered that on or before September 26, 2025, unless more time is requested, Hudson must (1) file an IFP application on the approved form with the three supporting documents listed above *or* pay the $5 filing fee, *and* (2)

1

file an amended petition[1] on the Court's form.[2]

It is further ordered that Hudson's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court send Hudson (1) a blank copy of the IFP application form for inmates along with instructions, and (2) a blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 11th day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] The amended petition should be titled as such and have the case number, 3:25-cv-00407-ART-CLB, in the designated space.

[2] Hudson remains responsible at all times for calculating the applicable statute of limitations. By ordering Hudson to amend his Petition, the Court makes no finding or representation that either the original or amended petition will be considered timely.

2