UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

                Petitioner,

   v.

STATE OF NEVADA, *et al.*,

                Respondents.

Case No. 3:25-cv-00407-ART-CLB

ORDER

*Pro se* Petitioner George Hudson filed a Petition for Writ of Habeas Corpus. (ECF No. 1-1.) On August 11, 2025, this Court ordered Hudson to file a complete *in forma pauperis* ("IFP") application *or* pay the $5 filing fee on or before September 26, 2025. (ECF No. 3.) This Court also ordered Hudson to file an amended petition on or before September 26, 2025. (*Id.*) To date, Hudson has only filed an incomplete IFP application and a motion for appointment of counsel. (ECF Nos. 4, 5.) This Court will give Hudson another chance to comply.

It is therefore ordered that, on or before October 31, 2025, Hudson must (1) either pay the $5 filing fee or submit a copy of his prison account statement for the 6-month period prior to filing *and* (2) file an amended petition.

It is further ordered that Hudson's failure to timely comply with this Order will result in the dismissal of the Petition without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court again send Hudson a blank copy of the form petition for a writ of habeas corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 3rd day of October 2025.

 

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE