1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

Petitioner,

v.

STATE OF NEVADA,

Respondents.

Case No. 3:25-cv-00407-ART-CLB

ORDER GRANTING STAY

*Pro se* Petitioner George Hudson filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) This Court instructed Hudson to file an amended petition. (ECF No. 3.) Hudson filed a motion for appointment of counsel, motion to recalculate his time computation, motion to submit exhibits, and his amended petition. (ECF Nos. 5, 7, 9, 10, 12.) Following an initial review of the amended petition, this Court deferred ruling on Hudson's motions and directed Hudson to show cause why his amended petition should not be dismissed without prejudice as wholly unexhausted. (ECF No. 16.) In response, Hudson moved for a stay. For the reasons discussed below, the Court grants the motion for a stay.

**I.    BACKGROUND**[1]

Hudson challenges a conviction and sentence imposed by the First Judicial District Court ("state court") in case number 23CR00204. The state court entered a judgment of conviction on July 17, 2024, convicting Hudson of obtaining and using the personal identity of another for an unlawful purpose. Hudson was sentenced to 60 to 150 months in prison. Hudson was originally granted probation, but the state court entered a Judgment of Revocation of Probation on

---

[1] The Court takes judicial notice of the online docket records of the Nevada appellate courts (http://caseinfo.nvsupremecourt.us/public/caseSearch.do). Notably, the First Judicial District Court does not have online docket records.

1  April 10, 2025. Hudson filed an appeal of the judgment revoking his probation,

2  and that appeal is still pending in the Nevada appellate courts. *George Hudson v.*

3  *State*, 90505.

4  **II.    DISCUSSION**

5      This Court is authorized to stay an unexhausted petition in "limited

6  circumstances," to allow a petitioner to present unexhausted claims to the state

7  court. *Rhines v. Weber*, 544 U.S. 269, 273–75 (2005). Under the *Rhines* test, this

8  Court may grant a stay when "(1) the petitioner has 'good cause' for his failure to

9  exhaust his claims in state court; (2) the unexhausted claims are potentially

10  meritorious; and (3) there is no indication that the petitioner intentionally

11  engaged in dilatory litigation tactics." *Wooten v. Kirkland*, 540 F.3d 1019, 1023

12  (9th Cir. 2008). The *Rhines* "good cause" standard does not require "extraordinary

13  circumstances." *Id.* at 1024. However, courts "must interpret whether a petitioner

14  has 'good cause' for a failure to exhaust in light of the Supreme Court's

15  instruction in *Rhines* that the district court should only stay mixed petitions in

16  'limited circumstances.'" *Id.* Courts must also "be mindful that AEDPA aims to

17  encourage the finality of sentences and to encourage petitioners to exhaust their

18  claims in state court before filing in federal court." *Id.*

19      Hudson does not dispute that his amended petition is wholly unexhausted;

20  rather, Hudson requests that this Court stay these proceedings, explaining that

21  he intended his amended petition to be a protective petition.[2] (ECF No. 18.) Given

22

---

23  [2] Where a petitioner is attempting in good faith to exhaust state remedies but is
unsure whether state proceedings for post-conviction relief are "properly filed"

24  under 28 U.S.C. § 2244(d)(2), he may file a "protective petition" in federal court
and ask for a stay and abeyance of the federal habeas proceedings until he

25  exhausts his state remedies. *Rhines*, 544 U.S. at 278. By filing a protective
petition, a petitioner seeks to avoid a determination that a federal habeas petition

26  is time-barred after months or years of litigating in state court. *Pace v.*

27  *DiGuglielmo*, 544 U.S. 408, 416 (2005). "A petitioner's reasonable confusion
about whether a state filing would be timely will ordinarily constitute 'good cause'

28  for him to file in federal court." *Id.*

that (1) Hudson's appeal of the judgment revoking his probation is still pending in the Nevada appellate courts and (2) the procedural posture of this case is unusual—*i.e.*, Hudson never filed a direct appeal or a state habeas petition due to him being granted probation—meaning that Hudson has reason to be unsure whether this federal action will be timely,[3] the Court finds that Hudson has shown good cause under *Rhines*. Moreover, Hudson's amended petition is not plainly meritless, and Hudson has not engaged in intentionally dilatory litigation tactics. Accordingly, the Court grants Hudson's motion for a stay.

Turning to Hudson's other filings, the Court denies Hudson's motion for appointment of counsel without prejudice. Hudson may renew this motion upon moving to reopen this matter. The Court also denies Hudson's motion for this Court to recalculate his time computation and his motion to file supporting exhibits. (ECF Nos. 7, 9.) This Court is not able to recalculate Hudson's time computation under state law, and Hudson may file exhibits in this matter without seeking leave of this Court, making his instant motion unnecessary.

## III.  CONCLUSION

It is therefore ordered that the motion for stay (ECF No. 18) is granted. Hudson must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings.

It is further ordered that the motion for appointment of counsel (ECF No. 5) is denied without prejudice.

It is further ordered that the motion for recalculation of his time computation and motion to file supporting exhibits (ECF Nos. 7, 9) are denied.

It is further kindly ordered that the Clerk of Court stay and administratively close this action.

---

[3] The Court makes no determination whether Hudson's petition or amended petition are timely.

1      DATED THIS 12th day of November 2025.

2

3

4      _____

5      ANNE R. TRAUM
       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28