UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

Petitioner,

v.

STATE OF NEVADA,

Respondents.

Case No. 3:25-cv-00407-ART-CLB

ORDER REOPENING CASE
AND APPOINTING COUNSEL

*Pro se* Petitioner George Hudson filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) This Court instructed Hudson to file an amended petition. (ECF No. 3.) Hudson filed a motion for appointment of counsel and his amended petition. (ECF Nos. 5, 7, 9, 10, 12.) Following an initial review of the amended petition, this Court deferred ruling on Hudson's motion and directed Hudson to show cause why his amended petition should not be dismissed without prejudice as wholly unexhausted. (ECF No. 16.) In response, Hudson moved for a stay. (ECF No. 18.) The Court granted the motion for a stay, denied the motion for appointment of counsel without prejudice, and administratively closed this action. (ECF No. 19.) Hudson was instructed to move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of his state court proceedings. (*Id.*) Hudson has now moved to reopen this action, explaining that his state court proceedings have concluded, and renewed his motion for the appointment of counsel. (ECF Nos. 20, 21.) I grant the motion to reopen and find that the appointment of counsel is in the interests of justice.[1]

It is therefore ordered that the motion to reopen (ECF No. 20) is granted.

---

[1] The decision to appoint counsel is discretionary when the interests of justice so require. 18 U.S.C. § 3006A(a)(2)(B).

1

It is further ordered that the motion for appointment of counsel (ECF No. 21) is granted. The Federal Public Defender is provisionally appointed as counsel for Hudson and will have 30 days to (1) undertake direct representation of Hudson by filing a notice of appearance or (2) indicate the office's inability to represent Hudson in these proceedings. If the Federal Public Defender is unable to represent Hudson, the Court will appoint alternate counsel. Appointed counsel will represent Hudson in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance.

It is further kindly ordered that the Clerk of Court (1) reopen this matter and lift the stay, (2) add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents, (3) electronically send Respondents' counsel a copy of this Order and all items previously filed in this case by regenerating the Notices of Electronic Filing, (4) send the Federal Public Defender a copy of this Order and the amended petition (ECF No. 12), and (5) send a copy of this Order to Hudson and the CJA Coordinator for this division.

It is further ordered that Respondents' counsel enter a notice of appearance within 14 days of entry of this Order. No further response will be required until further order.

It is further ordered that any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Hudson remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, amended petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED THIS 5th day of February 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE