UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

                                        Petitioner,

        v.

STATE OF NEVADA,

                                        Respondent.

Case No. 3:25-cv-00407-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner George Hudson's unopposed motion for a 60-day extension of time to file his Amended Petition. (ECF No. 27.) This is Hudson's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 27) is granted. Hudson has up to and including August 14, 2026, to file his Amended Petition.

DATED THIS 12th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1