UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:25-cv-00407-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner George Hudson's unopposed motion for a 30-day extension of time to file his Amended Petition. (ECF No. 29.) This is Hudson's second request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 29) is granted. Hudson has up to and including September 14, 2026, to file his Amended Petition.

DATED THIS 19th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE