UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE HUDSON,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:25-cv-00407-ART-CLB

ORDER

This habeas matter is before this Court on Petitioner George Hudson's unopposed motion for a 30-day extension of time to file his Amended Petition. (ECF No. 31.) This is Hudson's third request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 31) is granted. Hudson has up to and including October 10, 2026, to file his Amended Petition.

DATED THIS 10th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE